## Carolyn E. O'CONNOR, Plaintiff—Appellant,

v.

## NORTHSHORE INTERNATIONAL IN-SURANCE SERVICES, INC./APEX GROUP HOLDINGS, INCORPORAT-ED; David W. Ives, Principal; Richard M. Ives, Principal; William C. Young, as individually and in his capacity as chief judge; Douglas P. Woodlock, as individual and in his

capacity as federal judge; Michael Boudin, as individual and in his capacity as federal judge; Juan R. Torruella, as individual and in his capacity as federal judge; Kermit V. Lipez, as individual and in his capacity as federal judge; Mary Harrington; Ronan, Segal and Harrington, LLP; Commonwealth of Massachusetts, Defendants—Appellees.

No. 06–1632.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 21, 2006.

Decided: Nov. 28, 2006.

Carolyn E. O'Connor, Appellant pro se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellees.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carolyn E. O'Connor appeals the district court's order dismissing her civil action and imposing a pre-filing injunction. We have reviewed the record and find no reversible error. Accordingly, we deny O'Connor's motion for leave to proceed in forma pauperis as well as her motions for amended appeal decision, motion for a jury trial, and for summary judgment and dismiss the appeal for the reasons stated by the district court. *See O'Connor v. North-*

*shore*, No. 3:06–cv–00295–JRS (E.D.Va. May 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*